449 U.S. 608
 101 S.Ct. 933
 66 L.Ed.2d 781
 WALTER FLEISHER CO., INC., petitioner,
v.
COUNTY OF LOS ANGELES et al
 No. 79- 700
 Supreme Court of the United States
 January 26, 1981
 Rehearing Denied March 23, 1981.
 
 See 450 U.S. 1027, 101 S.Ct. 1734.
 On Writ of Certiorari to the Court of Appeal of California, Second Appellate District.
 PER CURIAM.
 
 
 1
 The judgment is affirmed by an equally divided Court.
 
 
 2
 Justice STEWART took no part in the decision of this case.